UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**"IN ADMIRALTY"**

HAIMARK LINE, LTD.,

    Plaintiff,

v.

CLIPPER CRUISES, LTD. and the M/V "SAINT LAURENT" ex. "SEA VOYAGER", and its tackle, equipment, engines, appurtenances, freights, etc., *in rem*,

    Defendant.

Case No. 3:16-cv-107-34JRK

## ORDER DIRECTING THE ISSUANCE
## WARRANT OF ARREST IN REM AND/OR SUMMONS

Pursuant to Supplemental Rule C(3)(a)(i) and Local Admiralty Rule 7.03(b)(1), the Clerk of the Court is directed to issue Warrant of Arrest and/or Summons in the above-styled action against the following Defendant vessel in the above subject action:

M/V "SAINT LAURENT" ex. "SEA VOYAGER", a motor vessel bearing IMO No.: 9213129 with gross tonnage of 4,954 and registered under the flag of the Bahamas, and its respective tackle, equipment, engines, appurtenances, freights, etc., *in rem*;

DONE AND ORDERED at Jacksonville, Florida this 2nd day of February 2016.

*James R. Klindt*
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF FLORIDA

cc:   Allan R. Kelley

4846-7577-3229, v. 1