UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

CASE NO. 3:16-cv-107-MMH-JRK

HAIMARK LINE, LTD.,

      Plaintiff,

v.

CLIPPER CRUISES, LTD., in personam, and
the M/V SAINT LAURENT ex. SEA
VOYAGER, and its tackle, equipment,
engines, appurtenances, freights, etc., in rem.,

      Defendants.

**STIPULATION FOR RELEASE OF VESSEL AND
DISMISSAL OF ACTION WITH PREJUDICE**

COMES NOW Plaintiff, HAIMARK LINE, LTD. ("Haimark") and Defendant/Claimant

Owner, CLIPPER CRUISES, LTD., by and through their undersigned counsel, in accordance with

Supplemental Rule E(5) and Local Admiralty Rule 7.05(i)(2) and (3), the parties stipulate to the

Release of the M/V "SAINT LAURENT", which is currently under arrest by this Court, and further

stipulate to dismissal with prejudice of this action with each party to bear its own fees and costs

because all matters and disputes between the parties have been amicably resolved. The parties,

therefore, request that the Court enter an order directing the United States Marshall for the Middle

District of Florida to release the vessel from arrest and dismissing this action with prejudice but

with the Court to retain jurisdiction for sixty (60) days to enforce the settlement, if necessary.  A

proposed Order has been attached hereto as Exhibit "A."

Respectfully submitted,


| | |
|---|---|
| /s/ James F. Moseley, Jr. | /s/ Allan R. Kelley |
| James F. Moseley, Jr. | Allan R. Kelley |
| Fla. Bar No. 699926 | Fla. Bar No. 309893 |
| Email: jmoseleyjr@mppkj.com | Email: akelley@fowler-white.com |
| | |
| Moseley, Prichard, Parrish, Knight & Jones | Fowler White Burnett P.A. |
| 501 West Bay Street | Brickell Arch, Fourteenth Floor |
| Jacksonville, FL 32202 | 1395 Brickell Avenue |
| Telephone: (904) 356-1306 | Miami, Florida 33131 |
| Facsimile: (904) 354-0194 | Telephone:   (305) 789-9200 |
| | Facsimile:   (305) 789-9201 |

CASE NO. 3:16-cv-107-MMH-JRK

## CERTIFICATE OF SERVICE

I hereby certify that on June <u>6</u>, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Allan R. Kelley</u>
Allan R. Kelley

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

## SERVICE LIST

CASE NO. 3:16-cv-00107-MMH-JRK

**James F. Moseley, Jr., Esq.**
Moseley, Prichard, Parrish, Knight & Jones
501 West Bay Street
Jacksonville, FL 32202
E-Mail: jmoseleyjr@mppkj.com
Telephone: (904) 356-1306
Facsimile: (904) 354-0194

4827-3991-4034, v. 1

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200